AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DURIEL HANNA,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-22

CHIEF JUDGE F. GATES PEED,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May 30, 2024, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of the Court.  The Court GRANTS Defendant's Motion to Dismiss and dismisses Plaintiff's Complaint.  This case stands closed.

Approved by: _[signature]_

July 3, 2024
Date

John E. Triplett, Acting Clerk
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03